UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEROME C PENNINGTON, et al., <br> Plaintiffs, <br> v. <br> MANUEL ABREGO, et al., <br> Defendants. | Case No. 5:18-cv-00745-EJD <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE TO SUPERIOR COURT** <br><br> Re: Dkt. No. 5 |

On February 7, 2018, Magistrate Judge Howard Lloyd issued a Report and Recommendation to remand the action to Monterey County Superior Court. To date, no objections have been filed to the Report and Recommendation. Having conducted a *de novo* review, the Court adopts the Report and Recommendation in full and hereby orders the case remanded to Monterey County Superior Court.

The Clerk of Court is directed to effectuate the remand promptly.

**IT IS SO ORDERED.**

Dated: February 22, 2018

EDWARD J. DAVILA
United States District Judge